JOHN S. MATTHEWS *v.* PETER B. GORDY.

A return to a writ of scire facias, " served by copy left at the house of the defendant in the presence of his wife," is insufficient. Instead of his " house " it should be his " usual place of abode."

CERTIORARI to a judgment rendered by default on a writ of *scire facias* issued upon a judgment. The return to the writ was " served by copy left at the house of the defendant in the presence of his wife." The error assigned was that the return was insufficient. Because the statute, *Rev. Code, chap.* 99, *sec.* 3, prescribes the exact words in which such a return should be made in such a case, when it cannot be served actually, or personally upon the defendant. Instead of being as it was, it should have been at the defendant's " usual place of abode " &c.,

in the literal terms of the statute; for *non constat*, that the house of the defendant in such case, was his usual place of abode at that particular time, notwithstanding his wife was there and then occupying it.

*The Court* considered the error fatal, and the judgment was reversed.